Thomas N. O'HARA, Appellant,

v.

PEOPLE OF STATE OF CALIFORNIA, Appellee.

No. 21682.

United States Court of Appeals
Ninth Circuit.

Feb. 15, 1968.

Carl B. Shapiro (argued), San Anselmo, Cal., Vincent Hallinan, San Francisco, Cal., for appellant.

Nelson Kempsky (argued), Deputy Atty. Gen., Thomas Lynch, Atty. Gen., Edsel W. Haws, Deputy Atty. Gen., Sacramento, Cal., for appellee.

Before BARNES and BROWNING, Circuit Judges, and JAMESON, District Judge.

PER CURIAM:

The appeal from the district court's dismissal of appellant's petition for a writ of habeas corpus is affirmed for petitioner's failure to exhaust his state remedies within the meaning of 28 U.S.C. § 2254.

ST. REGIS PAPER COMPANY, Appellant,

v.

Mrs. Ola AULTMAN, Individually, and as Executrix of the Will of Neila Aultman Andrews et al., Appellees.

No. 24732.

United States Court of Appeals
Fifth Circuit.

Feb. 28, 1968.

S. B. Lippitt, Albany, Ga., J. McHenry Jones, Robert A. Sims, Pensacola, Fla., for appellant.

B. Lamar Tillman, Valdosta, Ga., H. H. Perry, Jr., Albany, Ga., Tillman, Brice, McTier & Coleman, Valdosta, Ga., Perry, Walters, Langstaff & Lippitt, Albany, Ga., for appellees.

W. M. Page, Columbus, Ga., amicus curiae.

Before BROWN, Chief Judge, and GEWIN and WRIGHT,* Circuit Judges.

PER CURIAM.

After a careful analysis of the record, briefs and oral arguments of the parties we agree with the opinion and judgment of the District Court. St. Regis Paper Company v. Aultman, Individually, and as Executrix, etc., et al., 280 F.Supp. 500. Accordingly, the judgment is

Affirmed.

* Of the District of Columbia Circuit sitting by designation.